

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

July 16, 1965

Honorable Clarence L. Darter
County Attorney
Childress County
Childress, Texas

Opinion No. C- 465

Re: Whether a county may
legally acquire, main-
tain and operate a
translator system in
order to provide tele-
vision for entertain-
ment and educational
purposes for the citi-
zens of the county, if
the qualified voters
of the county petition
the Commissioners'
Court to call an elec-
tion for a bond issue
and special tax levy
for the purpose of
securing, maintain-
ing and operating
the said translator
Dear Mr. Darter:          system.

You have requested an opinion on the following ques-
tion:

"May a county legally acquire, maintain and
operate a translator system in order to provide
television for entertainment and educational pur-
poses for the citizens of the county, if the
qualified voters of the county petition the Com-
missioners' Court to call an election for a bond
issue and special tax levy for the purpose of
securing, maintaining and operating the said trans-
lator system?"

The Commissioners' Court is a court of limited juris-
diction and can only exercise such powers as are authorized
by the Constitution and Statutes of this State. Tex.Const.,
Art. V, Sec. 18; Bland v. Orr, 90 Tex. 492, 39 S.W. 558
(1897); El Paso County v. Elam, 106 S.W.2d 393 (Tex.Civ.App.
1937); Landman v. State, 97 S.W.2d 264 (Tex.Civ.App. 1936,
error ref.).

There is neither Constitutional nor statutory authority for a county to acquire, maintain and operate a television translator system.

There is neither constitutional nor statutory authority for a Commissioners' Court to issue bonds for the purpose of securing, maintaining and operating a television translator system.

## S U M M A R Y

A county has no authority to acquire, maintain and operate a television translator system. The Commissioners' Court has no authority to issue bonds for the purpose of securing, maintaining and operating a television translator system.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

ROY B. JOHNSON
Assistant Attorney General

RBJ:nr

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Dean Arrington
J. Phillip Crawford
John Pettit
Roger Tyler

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright